UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 10, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>ARI J. LAUER,<br><br>   Defendant. | Case No.  2:23-cr-00261-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  ARI J. LAUER,

Case No.  2:23-cr-00261-JAM, Charge 18 U.S.C. § 1349, from custody for the following reasons:

 **X** Release on Personal Recognizance

 ____ Bail Posted in the Sum of $ _____

   ____ Unsecured Appearance Bond $ _____

   ____ Appearance Bond with 10% Deposit

   ____ Appearance Bond with Surety

   ____ Corporate Surety Bail Bond

   ____ (Other):

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on October 10, 2023 at 2:48 p.m.

      By: */s/ Jeremy Peterson*
        Magistrate Judge Jeremy D. Peterson