Edward W. Swanson, SBN 159859
ed@smllp.law
Britt Evangelist, SBN 260457
britt@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant ARI J. LAUER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff<br><br>          vs.<br><br>ARI J. LAUER,<br><br>                    Defendant. | Case No. 2:23-cr-0261 DAD (JDP)<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER FOR TEMPORARY<br>RETURN OF PASSPORT** |

The United States of America, by and through Assistant United States Attorney Audrey Hemesath, and Ari Lauer, by and through his counsel Edward W. Swanson, hereby submit this stipulated request and proposed order for the temporary return of Mr. Lauer's U.S. passport. The parties agree and stipulate as follows:

1)      Defendant Ari Lauer made an initial appearance in this case on October 10, 2023.

2)      At that appearance, Magistrate Judge Jeremy D. Peterson ordered Mr. Lauer released on his own recognizance and without the supervision of the Pretrial Services Office. Judge Peterson ordered Mr. Lauer to surrender his U.S. passport to Pretrial Services.

1      3)      Mr. Lauer subsequently surrendered his passport to Pretrial Services.

      4)      Mr. Lauer and his wife would like to travel to the United Kingdom from March 17, 2024 to March 26, 2024 to visit their daughter who currently lives and studies there.  Mr. Lauer requires the temporary return of his passport for this travel.

      5)      The government has no objection to Mr. Lauer's travel or to the request that Pretrial Services temporarily return his passport for the purposes of the travel.

      6)      The parties therefore stipulate and agree and respectfully request that the Court issue an order directing the Clerk's Office to return Mr. Lauer's passport to him for the purposes of this travel no earlier than March 14, 2024 and directing Mr. Lauer to surrender his passport to the Clerk's Office following his trip no later than March 29, 2024.

**IT IS SO STIPULATED.**

Respectfully submitted,

SWANSON & McNAMARA LLP

Dated: February 6, 2024

*/s/ Edward W. Swanson*
EDWARD W. SWANSON
BRITT EVANGELIST
Counsel for ARI LAUER

PHILIP A. TALBERT
United States Attorney

*/s/ Audrey Hemesath* (authorized 1//31/24)
AUDREY HEMESATH
Assistant United States Attorney

2

1
2
**[PROPOSED] ORDER**

3       Having reviewed the stipulation of the parties, and good cause appearing therefore, the

4  Clerk's Office is hereby ORDERED to return to defendant Ari Lauer his U.S. passport no earlier

5  than March 14, 2024.  The passport is to be used by Mr. Lauer for purposes of traveling to and

6  from the United Kingdom between March 17, 2024 and March 26, 2024, only.  It is further

7  ORDERED that Mr. Lauer shall return his passport to the Clerk's Office no later than March 29,

8  2024.

9  Dated: February 6, 2024

10
11
12  ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Stipulation & [Proposed] Order to Return Passport**
*United States v. Lauer*, No. 2:23-cr-0261 DAD (JDP)