Edward W. Swanson, SBN 159859
ed@smllp.law
Britt Evangelist, SBN 260457
britt@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant ARI J. LAUER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>  vs.<br><br>ARI J. LAUER,<br><br>  Defendant. | Case No. 2:23-cr-0261 DAD<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE FROM MARCH 12, 2024 TO JUNE 24, 2024** |

The United States of America, by and through Assistant United States Attorney Audrey Hemesath, and Ari Lauer, by and through his counsel Edward Swanson and Britt Evangelist, hereby submit this stipulation and proposed order to continue the status conference currently set for March 12, 2024, to June 24, 2024, at 9:30 a.m. The parties agree and stipulate as follows:

1) Defendant Ari Lauer made an initial appearance in this case on October 10, 2023.

2) The first status conference in the case was held on December 12, 2023.

3) As the parties advised the Court at the December appearance, the government had begun its discovery production, which at the time included over 5,000 pages of FBI 302s and

1  other interview memoranda.  The government has made additional discovery productions since
2  then, including a hard drive containing over 19 terabytes of data from the images of seized
3  devices, as well as approximately 2,000 pages of case documents.

4      4)    The parties stipulate and agree and respectfully request that the Court continue the
5  status conference currently scheduled for March 12, 2024, to June 24, 2024, to allow defense
6  counsel additional time to review the produced discovery.

7      5)    It is further stipulated that time be excluded under the Speedy Trial Act from
8  March 12, 2024, through June 24, 2024.  The parties stipulate and agree that excluding time until
9  June 24, 2024, will allow for the effective preparation of defense counsel. See 18 U.S.C. §
10 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by
11 excluding the time from March 12, 2024, through June 24, 2024, from computation under the
12 Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. 18
13 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4].

**IT IS SO STIPULATED.**

Respectfully submitted,

SWANSON & McNAMARA LLP

Dated: February 21, 2024    /s/ Edward W. Swanson
EDWARD W. SWANSON
BRITT EVANGELIST
Counsel for ARI LAUER

PHILIP A. TALBERT
United States Attorney

/s/ Audrey Hemesath (authorized 2/16/24)
AUDREY HEMESATH
Assistant United States Attorney

2

**Stipulation & [Proposed] Order to Continue Status Conference**
*United States v. Lauer*, No. 2:23-cr-0261 DAD

**ORDER**

Based on the stipulation of the parties and good cause appearing therefore, the status conference currently set for March 12, 2024, is continued to June 24, 2024, at 9:30 a.m.

Based upon the facts set forth in the stipulation, and for good cause shown, the Court finds that failing to exclude the time from March 12, 2024, through June 24, 2024, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from March 12, 2024, through June 24, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from March 12, 2024, through June 24, 2024, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4].

IT IS SO ORDERED.

Dated: **February 21, 2024**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE