Edward W. Swanson, SBN 159859
ed@smllp.law
Britt Evangelist, SBN 260457
britt@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant ARI J. LAUER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>ARI J. LAUER,<br><br>Defendant. | Case No. 2:23-cr-0261 DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE FROM JUNE 24, 2024 TO AUGUST 27, 2024** |

The United States of America, by and through Assistant United States Attorney Audrey Hemesath, and Ari Lauer, by and through his counsel Edward Swanson and Britt Evangelist, hereby submit this stipulation and proposed order to continue the status conference currently set for June 24, 2024, to August 27, 2024, at 9:30 a.m. The parties agree and stipulate as follows:


///

1)  Defendant Ari Lauer made an initial appearance in this case on October 10, 2023.

2)  The first status conference in the case was held on December 12, 2023.

3)  The parties continued the status conference scheduled for March 12, 2024 to June 24, 2024.

4)  As the parties advised the Court at the December appearance, the government had begun its discovery production, which at the time included over 5,000 pages of FBI 302s and other interview memoranda.  The government has made multiple additional discovery productions since then.  In December 2023, the government produced a hard drive containing over 19 terabytes of data from the images of seized devices.  In January 2024, the government produced approximately 2,000 pages of case documents.  In March and April 2024, the government produced another hard drive containing 445,292 documents of electronic data seized by or produced to the government.  In May 2024, the government produced over 1,000 pages of transcripts from a related proceeding.

5)  The parties stipulate and agree and respectfully request that the Court continue the status conference currently scheduled for June 24, 2024 to August 27, 2024 to allow defense counsel additional time to review the produced discovery.

6)  It is further stipulated that time be excluded under the Speedy Trial Act from June 24, 2024 through August 27, 2024.  The parties stipulate and agree that excluding time until August 27, 2024 will allow for the effective preparation of defense counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from June 24, 2024 through August 27, 2024 from computation under the

/ / /

/ / /

Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4].

**IT IS SO STIPULATED.**

Respectfully submitted,

SWANSON & McNAMARA LLP

Dated: June 12, 2024

*/s/ Edward W. Swanson*
EDWARD W. SWANSON
BRITT EVANGELIST
Counsel for ARI LAUER

PHILIP A. TALBERT
United States Attorney

*/s/ Audrey Hemesath* (authorized 6/11/24)
AUDREY HEMESATH
Assistant United States Attorney

/ / /

/ / /

/ / /

**[PROPOSED] ORDER**

Based on the stipulation of the parties and good cause appearing therefore, the status conference currently set for June 24, 2024 is continued to August 27, 2024, at 9:30 a.m.

Based upon the facts set forth in the stipulation, and for good cause shown, the Court finds that failing to exclude the time from June 24, 2024 through August 26, 2024 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from June 24, 2024 through August 27, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from June 24, 2024 through August 27, 2024 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4].

**IT IS SO ORDERED.**

Dated: June __, 2024

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE