```
1  PHILLIP A. TALBERT
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5
   Attorneys for Plaintiff
6  United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-261 DAD |
|---|---|
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUSION OF TIME |
| v. | |
| ARI J. LAUER, | |
| Defendant. | |

By previous order, this matter was set for status on August 27, 2024. By this stipulation, defendant now moves to continue the status conference until September 24, 2024, and to exclude time between August 27, 2024, and September 24, 2024, under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

The government has produced over 260,000 pages of Bates-stamped discovery, including investigative reports, bank and financial records, emails, and related documents. The government has produced approximately 760 GB of data in electronic form. The government has also made additional discovery available for inspection and copying.

Counsel for defendant desires additional time to consult with his client, review the current charges, conduct investigation and research related to the charges, to and continue to review the discovery and data made available by the government, to review and copy discovery for this matter, and to otherwise prepare for trial.

1

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 27, 2024 to September 24, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 2, 2024                               Respectfully submitted,

                                                     PHILLIP A. TALBERT
                                                     United States Attorney

                                                 By: /s/ *AUDREY B. HEMESATH*
                                                     AUDREY B. HEMESATH
                                                     Assistant United States Attorney

Dated:  August 2, 2024                           By: */s/ EDWARD SWANSON*
                                                     EDWARD SWANSON
                                                     BRITT EVANGELIST
                                                     Counsel for ARI J. LAUER

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference scheduled for August 27, 2024, is continued to September 24, 2024, at 9:30 a.m. and time is excluded between August 27, 2024, and September 24, 2024, under Local Code T4.

IT IS SO ORDERED.

Dated: **August 2, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE