Edward W. Swanson, SBN 159859
ed@smllp.law
Britt Evangelist, SBN 260457
britt@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant ARI J. LAUER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-0261 DAD |
|---|---|
| Plaintiff | **STIPULATION AND [PROPOSED] ORDER TO VACATE THE DECEMBER 10, 2024 STATUS CONFERENCE** |
| vs. | |
| ARI J. LAUER, | |
| Defendant. | |

  The United States of America, by and through Assistant United States Attorney Audrey Hemesath, and Ari Lauer, by and through his counsel Edward Swanson and Britt Evangelist, hereby submit this stipulation and proposed order to remove from the Court's calendar the status conference currently set for December 10, 2024, at 9:30 a.m. The parties agree and stipulate as follows:

/ / /

1) The parties last appeared before the Court on September 24, 2024. At that time, the Court set trial in this matter for October 20, 2025, and a trial confirmation hearing on September 30, 2025. Dkt. 30.

2) At that appearance, the Court also set a status conference for December 10, 2024, with the intention that that conference be used by the parties and the Court to set pretrial and trial filing deadlines and hearing dates.

3) The parties intend to meet and confer in the near future to reach an agreement on the various pretrial and trial filing deadlines and hearing dates, which they plan on then jointly proposing to the Court for its consideration. The parties anticipate submitting the proposed schedule to the Court by December 20, 2024.

4) As such, the parties stipulate and agree and respectfully request that the Court vacate the current December 10, 2024 status conference. If the parties are unable to reach an agreement on the pretrial and trial schedule, the parties will file a request with the Court by no later than December 20, 2024 to set the matter back on calendar for a status conference.

5) Time has previously been excluded in this matter until October 20, 2025. Dkt. 30.

**IT IS SO STIPULATED.**

Respectfully submitted,

SWANSON & McNAMARA LLP

Dated: December 6, 2024

/s/ Edward W. Swanson
EDWARD W. SWANSON
BRITT EVANGELIST
Counsel for ARI LAUER

PHILIP A. TALBERT
United States Attorney

/s/ Audrey Hemesath (authorized 6/11/24)
AUDREY HEMESATH
Assistant United States Attorney

## [PROPOSED] ORDER

Based on the stipulation of the parties and good cause appearing therefore, the status conference currently set December 10, 2024 is vacated.  The parties are ordered to submit a joint proposed pretrial and trial schedule to the Court by no later than December 20, 2024.  If the parties are not able to reach an agreement on a proposed schedule, the parties will file a request with the Court by no later than December 20, 2024 to place the matter back on calendar.

**IT IS SO ORDERED.**

Dated: December __, 2024

DALE A. DROZD
UNITED STATES DISTRICT JUDGE