Edward W. Swanson, SBN 159859
ed@smllp.law
Britt Evangelist, SBN 260457
britt@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant ARI J. LAUER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>ARI J. LAUER,<br><br>Defendant. | Case No. 2:23-cr-00261 DAD<br><br>**STIPULATION AND ORDER TO SET PRETRIAL AND TRIAL DEADLINES AND HEARING DATES** |

The United States of America, by and through Assistant United States Attorney Audrey Hemesath, and Ari Lauer, by and through his counsel Edward Swanson and Britt Evangelist, hereby submit this stipulation and proposed order to set pretrial and trial deadlines and hearing dates. The parties agree and stipulate as follows:

///

1)	The parties last appeared before the Court on September 24, 2024. At that time, the Court set trial in this matter for October 20, 2025, and a trial confirmation hearing on September 30, 2025. Dkt. 30.

2)	At that appearance, the Court also set a status conference for December 10, 2024, with the intention that that conference be used by the parties and the Court to set pretrial and trial filing deadlines and hearing dates. Via stipulation and proposed order, the parties vacated the December 10, 2024 appearance and committed to filing a proposed pretrial schedule with the Court by December 20.

3)	The parties have met and conferred and jointly propose the following pretrial schedule for the Court's consideration:

| Event | Date or Deadline |
|---|---|
| Deadline for the defense to file pretrial motions (e.g., motion to dismiss, bill or particulars, etc.) | April 22, 2025[1] |
| Exchange of draft exhibit and witness lists[2] | September 3, 2025 |
| Deadline to file motions in limine | September 16, 2025 |
| Deadline to file oppositions to motions in limine | September 23, 2025 |
| Pretrial conference | September 30, 2025 at 9:30 a.m.[3] |
| Deadline for all other pretrial filings, *i.e.*, witness list, exhibit list, trial briefs, proposed verdict forms, proposed | October 10, 2025 |

---

[1] The parties have agreed to April 22, 2025 as the deadline by which defense counsel must file pretrial motions. The parties have agreed to further meet and confer on a briefing and hearing schedule after defense counsel has determined what, if any, pretrial motions will be filed.

[2] The parties have agreed to exchange draft exhibit and witness lists in advance of the proposed pretrial conference to facilitate meet and confer discussions regarding evidentiary objections, potential stipulations, etc. The parties understand and agree that these drafts will be subject to modification as trial preparations proceed.

[3] The parties are set to appear for a trial confirmation hearing on this date. The parties propose that the Court schedule the Pretrial Conference on the same date and at the same time.

| joint statement of the case, proposed joint and disputed jury instructions, proposed voir dire | |
|---|---|
| Conference regarding pretrial filings and status | October 14, 2025 at 9:30 a.m.[4] |

4) Time has previously been excluded in this matter until October 20, 2025. Dkt. 30.

**IT IS SO STIPULATED.**

                                          Respectfully submitted,

                                          SWANSON & McNAMARA LLP

Dated: December 17, 2024                 /s/ *Edward W. Swanson*
                                          EDWARD W. SWANSON
                                          BRITT EVANGELIST
                                          Counsel for ARI LAUER

                                          PHILIP A. TALBERT
                                          United States Attorney

                                          /s/ *Audrey Hemesath* (authorized 12/16/24)
                                          AUDREY HEMESATH
                                          Assistant United States Attorney

---

[4] The parties propose scheduling a conference approximately one week before the start of jury selection, which can be used to resolve any lingering disputes regarding pretrial filings or other issues before trial begins. If it appears to the parties that no further Court intervention will be needed before jury selection begins, the parties will work cooperatively to take the matter off calendar.

**Stipulation & Order to Set Pretrial and Trial Deadlines and Hearing Dates**
*United States v. Lauer*, No. 2:23-cr-0261 DAD

# ORDER

Based on the stipulation of the parties and good cause appearing, the Court will essentially adopt the parties' proposed schedule. However, commencing in January of 2025 the undersigned's weekly criminal and civil motions calendars are changing to Mondays and trial will be conducted Tuesdays through Fridays. Therefore the proposed hearing dates and jury trial date have been modified by one day. Accordingly, the court hereby sets the following deadlines and hearing dates in this matter:

| Event | Date or Deadline |
|---|---|
| Deadline for the defense to file pretrial motions (e.g., motion to dismiss, bill or particulars, etc.) | April 22, 2025 |
| Exchange of draft exhibit and witness lists | September 3, 2025 |
| Deadline to file motions in limine | September 16, 2025 |
| Deadline to file oppositions to motions in limine | September 23, 2025 |
| Pretrial conference | September 29, 2025 at 9:30 a.m. |
| Deadline for all other pretrial filings, *i.e.*, witness list, exhibit list, trial briefs, proposed verdict forms, proposed joint statement of the case, proposed joint and disputed jury instructions, proposed voir dire | October 3, 2025. |
| Conference regarding pretrial filings and status | October 13, 2025 at 9:30 a.m. |

The jury trial in this case is re-set for October 21, 2025 at 9:00 a.m., one day later than previously scheduled.

IT IS SO ORDERED.

Dated:  **December 17, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28