Edward W. Swanson, SBN 159859
ed@smllp.law
Britt Evangelist, SBN 260457
britt@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant ARI J. LAUER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-0261 DAD |
|---|---|
| Plaintiff | **STIPULATION AND TO AMEND ORDER TO SET PRETRIAL AND TRIAL DEADLINES AND HEARING DATES** |
| vs. | |
| ARI J. LAUER, | |
| Defendant. | |

The United States of America, by and through Assistant United States Attorney Audrey Hemesath, and Ari Lauer, by and through his counsel Edward Swanson and Britt Evangelist, hereby submit this stipulation and proposed order to set pretrial and trial deadlines and hearing dates. The parties agree and stipulate as follows:

///

1)	On December 17, 2024, the parties submitted a stipulation and proposed order to set pretrial and trial deadlines and hearing dates.  Dkt. 33.

2)	On December 18, 2024, the Court granted that stipulation as modified to reflect the Court's new weekly criminal calendar and trial schedule.  Dkt. 34.

3)	Unfortunately, the stipulation and proposed order contained a typo.  While the stipulation set October 10, 2025 as the deadline for a number of pretrial filings, the proposed order set that deadline as October 3, 2025.  Dkt. 33.  The Court's order thus reflected the October 3, 2025 filing deadline.  Dkt. 34.

4)	The parties would prefer the October 10, 2025 filing deadline reflected in the stipulation instead of the October 10, 2025 deadline contained in the proposed order.

5)	As such, the parties respectfully request that the Court issue an amended pretrial order containing the October 10, 2025 deadline instead of the October 3, 2025 deadline.

**IT IS SO STIPULATED.**

Respectfully submitted,

SWANSON & McNAMARA LLP

Dated: December 23, 2024			/s/ Edward W. Swanson
						EDWARD W. SWANSON
						BRITT EVANGELIST
						Counsel for ARI LAUER


						PHILIP A. TALBERT
						United States Attorney


						/s/ Audrey Hemesath (authorized 12/20/24)
						AUDREY HEMESATH
						Assistant United States Attorney

2

**Stipulation & Order to Set Pretrial and Trial Deadlines and Hearing Dates**
*United States v. Lauer*, No. 2:23-cr-0261 DAD

## ORDER

Based on the stipulation of the parties, the Court hereby issues the following amended scheduling order. All deadlines and hearing dates below are as ordered in Docket Number 34, except the deadline for "all other pretrial filings" has been adjusted to October 10, 2025.

| Event | Date or Deadline |
|---|---|
| Deadline for the defense to file pretrial motions (e.g., motion to dismiss, bill or particulars, etc.) | April 22, 2025 |
| Exchange of draft exhibit and witness lists | September 3, 2025 |
| Deadline to file motions in limine | September 16, 2025 |
| Deadline to file oppositions to motions in limine | September 23, 2025 |
| Pretrial conference | September 29, 2025 at 9:30 a.m. |
| Deadline for all other pretrial filings, *i.e.*, witness list, exhibit list, trial briefs, proposed verdict forms, proposed joint statement of the case, proposed joint and disputed jury instructions, proposed voir dire | October 10, 2025. |
| Conference regarding pretrial filings and status | October 13, 2025 at 9:30 a.m. |

IT IS SO ORDERED.

Dated: **December 23, 2024**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE