Edward W. Swanson, SBN 159859
ed@smllp.law
Britt Evangelist, SBN 260457
britt@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant ARI J. LAUER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff<br><br>vs.<br><br>ARI J. LAUER,<br><br>                    Defendant. | Case No. 2:23-cr-0261 DAD<br><br>**STIPULATION AND ORDER TO ADVANCE STATUS CONFERENCE FROM OCTOBER 13, 2025, TO OCTOBER 6, 2025.** |

     The United States of America, by and through Assistant United States Attorney Audrey Hemesath, and Ari Lauer, by and through his counsel Edward Swanson and Britt Evangelist, hereby submit this stipulation and proposed order to advance the pretrial conference currently set for October 13, 2025, to October 6, 2025, at 9:30 a.m. The Court has informed the parties that October 13, 2025, is a court holiday but October 6, 2025, is available on the Court's calendars,

/ / /

/ / /

and the parties therefore agree and stipulate to advance the pretrial conference one week.

**IT IS SO STIPULATED.**

                                      Respectfully submitted,

                                      SWANSON & McNAMARA LLP

Dated: February 19, 2025                  /s/ Edward W. Swanson
                                                          EDWARD W. SWANSON
                                                          BRITT EVANGELIST
                                                          Counsel for ARI LAUER

                                                          MICHELE BECKWITH
                                                          Acting United States Attorney

                                                          /s/ Audrey Hemesath (authorized 2/19/25)
                                                          AUDREY HEMESATH
                                                          Assistant United States Attorney

## ORDER

Based on the stipulation of the parties and good cause appearing therefore, the pretrial conference currently set for October 13, 2025, is advanced to October 6, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **February 19, 2025**                                [signature]
                                                                DALE A. DROZD
                                                                 UNITED STATES DISTRICT JUDGE