Edward W. Swanson, SBN 159859
ed@smllp.law
Britt Evangelist, SBN 260457
britt@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant ARI J. LAUER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-0261 DAD |
|---|---|
| Plaintiff | **STIPULATION AND [PROPOSED] ORDER REGARDING THE USE OF SUBPOENAED MATERIALS AT TRIAL** |
| vs. | |
| ARI J. LAUER, | |
| Defendant. | |

The United States of America, by and through Assistant United States Attorneys Audrey Hemesath and Nicholas Fogg, and Ari Lauer, by and through his counsel Edward Swanson and Britt Evangelist, hereby submit this stipulation and proposed order regarding the potential use of materials subpoenaed from third parties at trial in this matter. The parties agree and stipulate as follows:

///

1) Defense counsel applied for and the Court issued five Rule 17(c) subpoenas for documents.

2) All of the subpoenas sought testimony transcripts (and related exhibits) of individuals who testified in civil and bankruptcy litigation arising from matters related to the allegations in this case.

3) Defense counsel subsequently served the subpoenas and related confidentiality orders on the law firms involved in those cases. The Court's confidentiality order stated that the parties must treat the subpoenaed materials as confidential and use them only in this action and for the purpose of preparing for and conducting the trial of this action.

4) Two of the subpoena recipients have produced documents in response to the subpoenas. Productions from the other subpoena recipients are expected on August 26, 2025.

5) On August 20, 2025, the Court held a status conference on the subpoena returns. The Court advised that it intends to produce the subpoena returns to defense counsel and the government.

6) During the status conference, the Court asked that the parties meet and confer and propose to the Court a protocol for providing the subpoena recipients or other interested parties (i.e., the deposed individuals) with an opportunity to seek relief from the Court should the parties anticipate using any subpoenaed materials at trial.

7) Following the status conference, the parties met and conferred and agreed on a suggested protocol to provide to the Court. The parties hereby stipulate and agree and respectfully request that the Court issue an order directing that the subpoena recipients and other interested parties be given an opportunity to identify for counsel in this case any documents or portions thereof or any transcripts or portions thereof in the subpoena returns that they, in good faith, believe are entitled to sealing or other protection if used during the trial in this matter. Undersigned counsel would then review the identified material and indicate whether they anticipate using any of it during the trial. The subpoena recipients or other interested parties would then have an opportunity to move the Court for a sealing order or other relief as necessary.

1    **IT IS SO STIPULATED.**

                                                  Respectfully submitted,

                                                  SWANSON & McNAMARA LLP

Dated: August 28, 2025                       */s/ Edward W. Swanson*
                                                  EDWARD W. SWANSON
                                                  BRITT EVANGELIST
                                                  Counsel for ARI LAUER

                                                  ERIC GRANT
                                                  United States Attorney

                                                  */s/ Audrey Hemesath* (authorized 8/21/2025)
                                                  AUDREY HEMESATH
                                                  NICHOLAS FOGG
                                                  Assistant United States Attorneys

/ / /

/ / /

/ / /

# [PROPOSED] ORDER[1]

The Court previously issued five subpoenas under Rule of Criminal Procedure 17(c), which were served on four law firms involved in related civil and bankruptcy proceedings. subpoenas sought testimony transcripts (and related exhibits) of individuals who testified in those proceedings.  The Court also issued an order that required the parties in this action to treat any materials produced in response as confidential and to use them only in this action and for the purpose of preparing for and conducting the trial of this action.  The law firms that received the subpoenas have begun to produce materials, and the Court has begun providing the produced materials to the parties.

The Court hereby sets the following protocol for the parties, the subpoena recipients, and any other interested parties with regards to the use at trial of materials produced in response to the Rule 17(c) subpoenas.  The Court hereby ORDERS:

1. Defense counsel shall serve a copy of this order on the law firms that produced documents ("the Produced Materials") in response to the Rule 17(c) subpoenas issued by the Court.

2. The law firms shall serve this order on any individuals or entities as required by any protective order applicable to the Produced Materials.

3. Any individual or entity ("the Designating Party") that, in good faith, believes the Produced Materials or any portions thereof are entitled to sealing or other protection under applicable law if used at the trial in this action shall, by September 26, 2025, serve a list of such documents or portions thereof ("the Designated Materials") on counsel for the government and defense counsel.[2]

---

[1] As modified by the Court.

[2] The government is represented in this matter by Nicholas Fogg and Audrey Hemesath, who can be contacted via email at Nicholas.Fogg@usdoj.gov and Audrey.Hemesath@usdoj.gov.  The defendant is represented by Edward Swanson and Britt Evangelist, who can be contacted at ed@smllp.law and britt@smllp.law.

4. Counsel for the government and defense counsel shall, by October 6, 2025, provide notice to the Designating Party of any Designated Materials they anticipate using at trial.

5. The Designating Party shall move the Court for a sealing order or other relief regarding the use of Designated Materials by no later than October 10, 2025.  The Designating Party shall confer with counsel for the government, counsel for the defense, and the Court clerk to set a hearing date on any such motion.

6. Any motion for a sealing order shall be directed to District Judge Drozd.

**IT IS SO ORDERED.**

Dated: August 27, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

**Stipulation & [Proposed] Order re Subpoenaed Materials**
*United States v. Lauer*, No. 2:23-cr-0261 DAD