Edward W. Swanson, SBN 159859
ed@smllp.law
Britt Evangelist, SBN 260457
britt@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant ARI J. LAUER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-0261 DAD |
|---|---|
| Plaintiff | **STIPULATION AND ORDER TO SET EXPERT DISCLOSURE AND RELATED DEADLINES** |
| vs. | |
| ARI J. LAUER, | |
| Defendant. | |

The United States of America, by and through Assistant United States Attorneys Audrey Hemesath and Nicholas Fogg, and Ari Lauer, by and through his counsel Edward Swanson and Britt Evangelist, hereby submit this stipulation and proposed order to set expert disclosure deadlines pursuant to Federal Rule of Criminal Procedure Rule 16(a)(1)(G). The parties agree and stipulate as follows:

///

1)      On December 18, 2024, pursuant to a stipulation of the parties, the Court set pretrial deadlines in this matter.  *See* Dkt. No. 34.

2)      In their proposed pretrial schedule, the parties neglected to request that the Court set expert disclosure deadlines.

3)      The parties have met and conferred and agreed on a disclosure deadline of August 12, 2025, for any experts the parties intend to offer in their case-in-chief and a deadline of August 26, 2025, for disclosures of any experts the parties anticipate calling during rebuttal.  The parties jointly propose that the Court set the agreed-to disclosure deadlines.

4)      The parties have further agreed and jointly propose that any motion practice concerning the disclosures of the experts the parties intend to offer in their case-in-chief, [1] including motions challenging the qualifications of the proffered experts or the admissibility of the proffered expert testimony should occur as follows: (1) motions to be filed on August 26, 2025; (2) oppositions to be filed on September 9, 2025; (3) replies to be filed on September 16, 2025, and; (4) hearing on these motions to be held on September 23, 2025.

**IT IS SO STIPULATED.**

Respectfully submitted,

SWANSON & McNAMARA LLP

Dated: August 29, 2025

*/s/ Edward W. Swanson*
EDWARD W. SWANSON
BRITT EVANGELIST
Counsel for ARI LAUER

---

[1] At this time, only the defense anticipates disclosing an expert to be called in its case-in-chief. The government for its part anticipates challenging the defense expert through briefing, rather than calling an expert in rebuttal.  However, if after receiving the defense's disclosure on August 12, 2025, the government decides to call a rebuttal expert, the parties will meet and confer and agree on a modified or additional briefing schedule that allows the defense sufficient time to file a motion challenging the government's rebuttal expert disclosure.

KIMBERLY A. SANCHEZ
Acting United States Attorney

*/s/ Audrey Hemesath* (authorized 8/12/25)
AUDREY HEMESATH
NICHOLAS FOGG
Assistant United States Attorneys

## ORDER

Based on the stipulation of the parties, the Court hereby sets the following deadlines and hearing dates in this matter:

1. August 12, 2025: The parties shall serve and file disclosures for any experts they intend to offer in their case-in-chief.

2. August 26, 2025: The parties shall serve and file disclosures for any experts they intend to call in rebuttal.

3. August 26, 2025: The parties shall serve and file any motions challenging the disclosures, the qualifications of the proffered experts, or the admissibility of the proffered expert testimony that the parties intend to offer during their case-in-chief.

4. September 9, 2025: The parties shall serve and file their oppositions.

5. September 16, 2025: The parties shall serve and file their reply briefs.

6. October 6, 2025 at 9:30 a.m.: A hearing on any such motions shall be held.

IT IS SO ORDERED.

Dated: **August 29, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

**Stipulation & Order to Set Expert Disclosure and Related Deadlines**
*United States v. Lauer*, No. 2:23-cr-0261 DAD