ILLOVSKY GATES & CALIA LLP
Eugene Illovsky (State Bar No. 117892)
eugene@illovskygates.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ARI J. LAUER,<br><br>        Defendant. | Case No. 2:23-cr-0261-DAD<br><br>**MOTION TO WITHDRAW AND [PROPOSED] ORDER** |

      Attorney Eugene Illovsky, who specially appeared in this Court on behalf of Defendant Ari J. Lauer in the above-captioned case on October 10, 2023, and ceased to represent the defendant on or about that date, formally moves to withdraw as counsel. Mr. Illovsky respectfully requests that he be removed from the docket in this case and from all applicable service lists. The law firm of Swanson & McNamara LLP has represented and will continue to represent Mr. Lauer in this matter.

Dated: September 8, 2025　　　　　　　　ILLOVSKY, GATES & CALIA, LLP
　　　　　　　　　　　　　　　　　　　　EUGENE ILLOVSKY


　　　　　　　　　　　　　　　　　By:　　*/s/ Eugene Illovsky*
　　　　　　　　　　　　　　　　　　　　Eugene Illovsky

**[PROPOSED] ORDER**

Having reviewed the foregoing Motion to Withdraw as Counsel and good cause having been shown, IT IS HEREBY ORDERED that Eugene Illovsky is withdrawn as counsel of record.

IT IS SO ORDERED.

Dated: September ___, 2025

_____
HONORABLE DALE A. DROZD
UNITED STATES DISTRICT JUDGE