UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

# INTEROFFICE MEMORANDUM

**TO:** Pete Buzo, Courtroom Deputy Clerk
of the Honorable Dale A. Drozd

**FROM:** Lynda M. Moore
Supervisory United States Probation Officer

**DATE:** January 12, 2026

**SUBJECT:** Ari J. Lauer
Docket Number: 0972 2:23CR00261-001
**CONTINUANCE OF JUDGMENT AND SENTENCING**

The above matter is scheduled for judgment and sentencing on January 26, 2026. All parties have agreed to a continuance of judgment and sentencing based on:

- ☒ The complexity of this case.
- ☒ Other – To allow additional time for probation to respond to defense informal objections as well as allow addition time for filings from the parties.

The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing Date: | March 9, 2026 |
| Reply, or Statement of Non-Opposition: | March 02, 2026 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | February 23, 2026 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | February 17, 2026 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | completed |
| The draft Presentence Report shall be disclosed to counsel no later than: | completed |

**Reviewed by:** _/s/ Lynda Moore_

**Lynda M. Moore**
**Supervising U.S. Probation Officer**

cc: Audrey B. Hemesath and Nicholas M. Fogg, Assistant United States Attorney
Edward W. Swanson and Britt Evangelist, Defense Counsel