Edward W. Swanson, SBN 159859
ed@smllp.law
Britt Evangelist, SBN 260457
britt@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant ARI J. LAUER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>ARI J. LAUER,<br><br>Defendant. | Case No. 2:23-cr-0261 DAD<br><br>**ORDER ON REQUEST TO FILE DOCUMENTS UNDER SEAL** |

For good cause shown, it is hereby ORDERED that the following be filed under seal and not unsealed without further order of the Court: an unredacted copy of Defendant Ari Lauer's Sentencing Memorandum and Motion for Variance Pursuant to 18 U.S.C. § 3553, which contains information from pleadings filed under seal in other cases.

IT IS SO ORDERED.

Dated:    **March 5, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

**Order re Request to File Documents Under Seal**
*United States v. Lauer*, No. 2:23-cr-0261 DAD