Edward W. Swanson, SBN 159859
ed@smllp.law
Britt Evangelist, SBN 260457
britt@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant ARI J. LAUER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> vs. <br><br> ARI J. LAUER, <br><br> Defendant. | Case No. 2:23-cr-0261 DAD <br><br> **STIPULATION AND ORDER TO EXTEND SELF-SURRENDER DEADLINE** |

The United States of America, by and through Assistant United States Attorneys Audrey Hemesath and Nicholas Fogg, and Ari Lauer, by and through his counsel Edward Swanson and Britt Evangelist, hereby submit this stipulation and proposed order to extend Mr. Lauer's self-surrender deadline to May 18, 2026. The parties agree and stipulate as follows:

1)   On March 9, 2026, the Court sentenced the defendant in the above-captioned matter.  *See* Dkt. 95.

2)   The Court set May 5, 2026, as Mr. Lauer's self-surrender date.  *Id*.

3)   The Mother's Day holiday falls on May 10, 2026.

4)   Mr. Lauer would like to self-surrender after May 10, 2026, so that he can spend the Mother's Day holiday with his adult children who will be traveling to California from their homes in New York for the holiday.

5)   The parties therefore stipulate and agree and hereby request that the Court enter an order extending Mr. Lauer's self-surrender date to May 18, 2026.

**IT IS SO STIPULATED.**

Respectfully submitted,

SWANSON & McNAMARA LLP

Dated: April 2, 2026

*/s/ Edward W. Swanson*
EDWARD W. SWANSON
BRITT EVANGELIST
Counsel for ARI LAUER

ERIC GRANT
United States Attorney

*/s/ Nicholas Fogg* (authorized 4/2/26)
AUDREY HEMESATH
NICHOLAS FOGG
Assistant United States Attorneys

**Stipulation & Order to Extend Self-Surrender Date**
*United States v. Lauer*, No. 2:23-cr-0261 DAD

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, defendant Ari Lauer's self-surrender date is hereby continued from May 5, 2026, to May 18, 2016.

IT IS SO ORDERED.

Dated:    **April 2, 2026**                         _____

                                                                    DALE A. DROZD
                                                                    UNITED STATES DISTRICT JUDGE

**Stipulation & Order to Extend Self-Surrender Date**
*United States v. Lauer*, No. 2:23-cr-0261 DAD