Edward W. Swanson, SBN 159859
ed@smllp.law
Britt Evangelist, SBN 260457
britt@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant ARI J. LAUER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>ARI J. LAUER,<br><br>Defendant. | Case No. 2:23-cr-00261 DAD<br><br>**STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING TO JUNE 22, 2026** |

The United States of America, by and through Assistant United States Attorneys Audrey Hemesath and Nicholas Fogg, and Ari Lauer, by and through his counsel Edward Swanson and Britt Evangelist, hereby submit this stipulation and proposed order to continue the restitution hearing currently set for April 27, 2026, to June 22, 2026. The parties agree and stipulate as follows:

1)      On March 9, 2026, the Court sentenced the defendant in the above-captioned matter and at the request of the parties set a restitution hearing for April 27, 2026.  *See* Dkt. 95.

2)      The parties continue to work towards an agreed-to restitution figure to avoid a contested hearing, but the parties require more time to complete that process and/or determine whether a contested hearing will be necessary.

3)      The parties therefore stipulate and agree and hereby request that the Court continue the restitution hearing to June 22, 2026.


**IT IS SO STIPULATED.**


                                        Respectfully submitted,

                                        SWANSON & McNAMARA LLP


Dated: April 23, 2026                   */s/ Edward W. Swanson*
                                        EDWARD W. SWANSON
                                        BRITT EVANGELIST
                                        Counsel for ARI LAUER


                                        ERIC GRANT
                                        United States Attorney


                                        */s/ Nicholas Fogg* (authorized 4/22/26)
                                        AUDREY HEMESATH
                                        NICHOLAS FOGG
                                        Assistant United States Attorneys

**Stipulation & Order to Continue Restitution Hearing**
*United States v. Lauer*, No. 2:23-cr-0261 DAD

## <u>ORDER</u>

Pursuant to a stipulation of the parties and good cause appearing therefore, the Court hereby continues the restitution hearing currently set for April 27, 2026, to June 22, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated:    **April 23, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

**Stipulation & Order to Continue Restitution Hearing**
*United States v. Lauer*, No. 2:23-cr-0261 DAD