Edward W. Swanson, SBN 159859
ed@smllp.law
Britt Evangelist, SBN 260457
britt@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant ARI J. LAUER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-0261 DAD |
|---|---|
| Plaintiff | **STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING TO AUGUST 10, 2026** |
| vs. | |
| ARI J. LAUER, | |
| Defendant. | |

The United States of America, by and through Assistant United States Attorneys Audrey Hemesath and Nicholas Fogg, and Ari Lauer, by and through his counsel Edward Swanson and Britt Evangelist, hereby submit this stipulation and proposed order to continue the restitution hearing currently set for June 22, 2026 to August 10, 2026. The parties agree and stipulate as follows:

1)    On March 9, 2026, the Court sentenced the defendant in the above-captioned matter and at the request of the parties set a restitution hearing for April 27, 2026.  *See* Dkt. 95.

2)    On April 24, 2026, at the request of the parties and in order to provide the parties with additional time to reach a negotiated resolution on the issue of restitution, the Court continued the restitution hearing to June 22, 2026.  Dkt. 103.

3)    The parties continue to work towards an agreed-to restitution figure to avoid a contested hearing, but the parties require more time to complete that process and/or determine whether a contested hearing will be necessary.

4)    The parties therefore stipulate and agree and hereby request that the Court continue the restitution hearing to August 10, 2026.


**IT IS SO STIPULATED.**


Respectfully submitted,

SWANSON & McNAMARA LLP


Dated: June 15, 2026

*/s/ Edward W. Swanson*
EDWARD W. SWANSON
BRITT EVANGELIST
Counsel for ARI LAUER


ERIC GRANT
United States Attorney


*/s/ Nicholas Fogg* (authorized 6/15/26)
AUDREY HEMESATH
NICHOLAS FOGG
Assistant United States Attorneys

## **ORDER**

Pursuant to a stipulation of the parties and good cause appearing therefore, the Court hereby continues the restitution hearing currently set for June 22, 2026 to August 10, 2026 at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **June 15, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

**Stipulation & Order to Continue Restitution Hearing**
*United States v. Lauer*, No. 2:23-cr-0261 DAD