Edward W. Swanson, SBN 159859
ed@smllp.law
Britt Evangelist, SBN 260457
britt@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant ARI J. LAUER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>ARI J. LAUER,<br><br>Defendant. | Case No. 2:23-cr-0261 DAD<br><br>**STIPULATION AND RESTITUTION ORDER** |

The United States of America, by and through Assistant United States Attorneys Audrey Hemesath and Nicholas Fogg, and Ari Lauer, by and through his counsel Edward Swanson and Britt Evangelist, hereby submit this stipulation and proposed order regarding the restitution amount in this case. The parties agree and stipulate as follows:

1) On March 9, 2026, the Court sentenced the defendant in the above-captioned matter and at the request of the parties set a restitution hearing for April 27, 2026. *See* Dkt. 95.

2) On April 24, 2026, at the request of the parties and in order to provide the parties with additional time to reach a negotiated resolution on the issue of restitution, the Court continued the restitution hearing to June 22, 2026. Dkt. 103. At the request of the parties, the Court continued the hearing again on June 16, 2026, and August 5, 2026, to the current hearing date of September 21, 2026. Dkt. 106, 108.

3) The parties have continued to work towards an agreed-to restitution figure to avoid a contested hearing during these continuances, gathering information from the third parties relevant to the restitution calculation and exchanging drafts of a stipulation to resolve the restitution issue. The parties recently agreed upon what they hope is a final or near final draft of the stipulation. However, undersigned defense counsel requires additional time to communicate with Mr. Lauer, who is incarcerated, about the draft stipulation. In undersigned defense counsel's experience in can take several weeks for Mr. Lauer to receive legal mail and it can be difficult to schedule a legal call.

**4)** The parties therefore stipulate and agree and hereby request that the Court continue the restitution hearing to October 19, 2026.

**IT IS SO STIPULATED.**

Respectfully submitted,

SWANSON & McNAMARA LLP

Dated: September 15, 2026

*/s/ Edward W. Swanson*
EDWARD W. SWANSON
BRITT EVANGELIST
Counsel for ARI LAUER

ERIC GRANT
United States Attorney

*/s/ Nicholas Fogg* (authorized 9/15/26)
AUDREY HEMESATH
NICHOLAS FOGG
Assistant United States Attorneys

**ORDER**

Pursuant to a stipulation of the parties and good cause appearing therefore, the Court hereby continues the restitution hearing currently set for September 21, 2026, to October 19, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **September 15, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE