Edward W. Swanson, SBN 159859
ed@smllp.law
Britt Evangelist, SBN 260457
britt@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant ARI J. LAUER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>ARI J. LAUER,<br><br>Defendant. | Case No. 2:23-cr-0261 DAD<br><br>**STIPULATION AND RESTITUTION ORDER TO CONTINUE RESTITUTION HEARING** |

The United States of America, by and through Assistant United States Attorneys Audrey Hemesath and Nicholas Fogg, and Ari Lauer, by and through his counsel Edward Swanson and Britt Evangelist, hereby submit this stipulation and proposed order regarding the restitution amount in this case. The parties agree and stipulate as follows:

1) On March 9, 2026, the Court sentenced the defendant in the above-captioned matter and at the request of the parties set a restitution hearing for April 27, 2026. *See* Dkt. 95.

2) On April 24, 2026, at the request of the parties and in order to provide the parties with additional time to reach a negotiated resolution on the issue of restitution, the Court continued the restitution hearing to June 22, 2026. Dkt. 103. At the request of the parties, the Court subsequently continued the hearing a number of times, including to the current hearing date of October 19, 2026.. Dkt. 106, 108, 110.

3) In mid-September the parties agreed upon what they hope is a final or near final draft of the stipulation. Undersigned defense counsel has mailed a copy of the proposed stipulation and an accompanying privileged letter to Mr. Lauer at FCI Lompoc, where he is incarcerated. Undersigned defense counsel has also been in contact with Mr. Lauer via the prison's non-privileged email system on a weekly basis. Mr. Lauer has not received the letter and draft stipulation as of last week. Undersigned defense counsel has also been in contact with Mr. Lauer's counselor at FCI Lompoc who has advised that he will be able to arrange a privileged telephone call with Mr. Lauer once Mr. Lauer receives the letter and draft stipulation.

4) Because undersigned defense counsel has not yet been able to speak with Mr. Lauer about the proposed stipulation, the parties stipulate and agree and hereby request that the Court continue the restitution hearing to November 23, 2026.

**IT IS SO STIPULATED.**

Respectfully submitted,

SWANSON & McNAMARA LLP

Dated: October 14, 2026

*/s/ Edward W. Swanson*
EDWARD W. SWANSON
BRITT EVANGELIST
Counsel for ARI LAUER

ERIC GRANT
United States Attorney

*/s/ Nicholas Fogg* (authorized 10/14/26)
AUDREY HEMESATH
NICHOLAS FOGG
Assistant United States Attorneys

**ORDER**

Pursuant to a stipulation of the parties and good cause appearing therefore, the Court hereby continues the restitution hearing currently set for October 19, 2026, to November 23, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **October 14, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE