Edward W. Swanson, SBN 159859
ed@smllp.law
Britt Evangelist, SBN 260457
britt@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant ARI J. LAUER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>ARI J. LAUER,<br><br>Defendant. | Case No. 2:23-cr-0261 DAD<br><br>***AMENDED*** **STIPULATION AND RESTITUTION ORDER TO CONTINUE RESTITUTION HEARING** |

The United States of America, by and through Assistant United States Attorneys Audrey Hemesath and Nicholas Fogg, and Ari Lauer, by and through his counsel Edward Swanson and Britt Evangelist, hereby submit this stipulation and proposed order regarding the restitution amount in this case. The parties agree and stipulate as follows:

1) On March 9, 2026, the Court sentenced the defendant in the above-captioned matter and at the request of the parties set a restitution hearing for April 27, 2026. *See* Dkt. 95.

2) On April 24, 2026, at the request of the parties and in order to provide the parties with additional time to reach a negotiated resolution on the issue of restitution, the Court continued the restitution hearing to June 22, 2026. Dkt. 103. At the request of the parties, the Court subsequently continued the hearing a number of times, including to the current hearing date of November 23, 2026. See Dkt. 106, 108, 110.

3) In mid-September the parties agreed upon what they hoped was a final or near final draft of the stipulation. Undersigned defense counsel has now consulted with Mr. Lauer who is presently in BOP custody about the proposed stipulation, and Mr. Lauer has approved filing of the stipulation as agreed to. The parties anticipate filing the stipulation shortly, but there are logistical issues the parties are still working through.

4) Therefore, the parties stipulate and agree and hereby request that the Court continue the restitution hearing to December 21, 2026, to provide the parties with sufficient time to work through logistical issues and file the final stipulation with the Court.

**IT IS SO STIPULATED.**

Respectfully submitted,

SWANSON & McNAMARA LLP

Dated: November 20, 2026

*/s/ Edward W. Swanson*
EDWARD W. SWANSON
BRITT EVANGELIST
Counsel for ARI LAUER

ERIC GRANT
United States Attorney

*/s/ Nicholas Fogg* (authorized 10/14/26)
AUDREY HEMESATH
NICHOLAS FOGG
Assistant United States Attorneys

**ORDER**

Pursuant to a stipulation of the parties and good cause appearing therefore, the Court hereby continues the restitution hearing currently set for November 23, 2026, to December 21, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **November 20, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE